trict. Action by Joseph Marmorstein against Moses Harlam. From an order setting aside a verdict, plaintiff appeals. Reversed. David Gerber, for appellant. Maurice B. Blumenthal, for respondent.

PER CURIAM. After a fair trial, involving only controverted questions of fact, the testimony was submitted to the consideration of a jury under an impartial charge to which no valid exception was taken, and a verdict was rendered in favor of the plaintiff. The defendant immediately made a motion to set aside the verdict, which was denied. Subsequently a motion was made by the defendant for a reargument and rehearing of such motion, and, although it does not appear that such reargument or rehearing was had, the verdict was set aside. A careful examination of the record does not disclose any warrant for the granting of such an order. Order reversed, with costs.

MARTINIDESZ, Appellant, v. MARTINIDESZ, Respondent. (Supreme Court, Appellate Division, Second Department. March 17, 1905.) Action by John Martinidesz against Annie Martinidesz. No opinion. Order affirmed, with $10 costs and disbursements.

MATHOT, Respondent, v. TRIEBEL, Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by William L. Mathot against Frederick E. Triebel. No opinion. Motion denied. The plaintiff needs no leave in order to move for judgment. The existing provision for the costs of the appeal we deem correct.

MATTICE, Appellant, v. MATTICE, Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Eve P. Mattice, as administratrix of Peter Pindar, deceased, against Peter J. Mattice. No opinion. Judgment and order unanimously affirmed, with costs.

MAWHINNEY, Respondent, v. FAROWICH, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by George S. Mawhinney against Jacob Farowich.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

HOOKER, J., not voting.

MAY et al., Respondents, v. COOK, Appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Nathan May, Henry Levy, and Michael May against George Cook. No opinion. Judgment affirmed, with costs.

· MAY, Respondent, v. JONES et al., Appellants. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) Action ·by Moses May against Louis M. Jones and Thomas W. Jones.

PER CURIAM. Judgment and order affirmed, with costs.

HOOKER, J., not voting.

MEYERS v. LIEBESKIND. (Supreme Court, Appellate Division, First Department. March 17, 1905.) Action by Leon S. Meyers against Leon A. Liebeskind. No opinion. Motion denied, with $10 costs.

MILLER, Respondent, v. SENECA RIVER POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by John Charles Miller against the Seneca River Power Company. No opinion. Judgment modified, by allowing the counterclaim of $27.11, and, as thus modified, affirmed, with costs.

MINER, Respondent, v. HOSINGTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Sabrie Miner against George A. Hosington. No opinion. Order affirmed, with $10 costs and disbursements.

In re MINK. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) In the matter of the application of Edwin R. Mink for the discovery of personal property. No opinion. Appeal dismissed, upon stipulation, without costs to either party.

MITTERWALLNER v. SUPREME LODGE, KNIGHTS OF GOLDEN STAR. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Louise Mitterwallner against the Supreme Lodge, Knights of Golden Star. No opinion. Motion granted.

MIX v. HAMBURG–AMERICAN PACKET CO. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Barbara Mix, as administratrix, against the Hamburg-American Packet Company. No opinion. Motion denied, with $10 costs.

MOREHOUSE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Wilmot L. Morehouse against the Brooklyn Heights Railroad Company. No opinion. Judgment (89 N. Y. Supp. 332) affirmed on argument, with costs, on the authority of Fischer-Hansen v. Brooklyn Heights Railroad Company, 173 N. Y. 492, 66 N. E. 395.

MOSER, Respondent, v. BANKERS' SURETY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 17, 1905.) Action by Lena Moser against the Bankers' Surety Company. No opinion. Motion to correct return granted.

MOUNT v. TUTTLE. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Susan Mount against Daniel S. Tuttle. No opinion. Motion denied, with $10 costs.

MOWBRAY, Respondent, v. MOWBRAY, Appellant. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Grace T. Mowbray against Samuel H. Mow-